UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-CR-14028-MOORE

UNITED STATES OF AMERICA,

vs.

EDGAR SEARCY,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on the Report and Recommendation [222] issued January 18, 2012 by Magistrate Judge Frank J. Lynch on Defendant's Emergency Motion [219] to Stay Sentence Pending Eleventh Circuit and Supreme Court Opinion. Upon review of the Report and Recommendation and the record in this matter, it is

ORDERED AND ADJUDGED the Report and Recommendation [222] is ADOPTED. Defendant's Emergency Motion to Stay is DENIED.

DONE AND ORDERED in Chambers, at Miami, Florida this 27th day of March, 2012.

                                        K. MICHAEL MOORE
                                        UNITED STATES DISTRICT JUDGE

copies furnished to:

All Counsel and pro se parties of record